# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 5, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Eric DeWayne Cathey
v. Texas
No. 14-8305
(Your No. WR-55,161-02)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2015 and placed on the docket February 5, 2015 as No. 14-8305.

Sincerely,

Scott S. Harris, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk